IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES L. GREEN, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 4:06-CV-120 (CDL) |
| CYNTHIA NELSON, Warden | * | |
| Respondent | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 7, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 24th day of August, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE