IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES L. GREEN,                    *

        Petitioner,                *

vs.                                *
                                         CASE NO. 4:06-CV-120 (CDL)
CYNTHIA NELSON, Warden,            *

        Respondent.                *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 22, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 28th day of January, 2011.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE